UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKESSON MEDICAL-SURGICAL MINNESOTA SUPPLY, INC., a Minnesota Corporation,<br><br>           Plaintiff,<br><br>  v.<br><br>ADDUS HEALTHCARE, INC., an Illinois Corporation; MHCS, INCORPORATED, a California Corporation, doing business as MEDICAL HOME CARE SERVICES,<br><br>           Defendants. | 1:05-cv-00332  OWW DLB<br><br>ORDER GRANTING DEFENDANT ADDUS HEALTHCARE, INC.'s MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(3). |

    Defendant ADDUS HEALTHCARE, INC., ("Addus"), moves to dismiss the Complaint of Plaintiff McKESSON MEDICAL-SURGICAL MINNESOTA SUPPLY, INC., ("Plaintiff"), for improper venue pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a).

    Addus moved to dismiss Plaintiff's Complaint on April 4, 2005. (*See* Doc. 19, Addus Mem.).  MHCS moved to dismiss Plaintiff's Complaint on the same day. (Doc. 7, MHCS Mem.).  Due to a clerical error, Addus' Motion was not filed on the electronic docket until May 23, 2005.  Oral argument on MHCS's

1

1  motion was heard on May 9, 2005.  (*See* Doc. 16, Minutes).  Thomas
2  J. D'Amato, Esq., appeared on behalf of Addus Healthcare and
3  specially appeared on behalf of MHCS.
4  MHCS's motion was granted on May 16, 2005.  (Doc. 17, Order
5  Granting MHCS's Motion to Dismiss).  Addus' Motion to Dismiss and
6  Memorandum in Support are identical to that filed by MHCS.  (*See*
7  Doc. 19, Addus Mem.; Doc. 7, MHCS Mem.).  For all the reasons
8  stated in the May 16, 2005, Order (Doc. 17), Defendant Addus'
9  Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ.
10 P. 12(b)(3) is **GRANTED**.

13 **SO ORDERED.**
14 **DATED: June 1, 2005.**

16 /s/ OLIVER W. WANGER

17 _____

18 Oliver W. Wanger
   **UNITED STATES DISTRICT JUDGE**