```
                                        FILED
                                  JUDGMENT ENTERED

                                  ___June 2, 2005____
                                         Date
                                     by __G. Lucas____
                                       Deputy Clerk
                                   U.S. District Court
                              Eastern District of California
                                 __X___  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

McKESSON MEDICAL-SURGICAL
MINNESOTA SUPPLY, etc.,

    Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:05-cv-00332 OWW DLB

ADDUS HEALTHCARE, INC. an
Illinois corporation, MHCS,
Incorporated, a California
corporation, doing business as
MEDICAL HOME CARE SERVICES,

    Defendant.
_____/

    DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the defendants ADDUS HEALTHCARE, INC., and MHCS, INCORPORATED, and against the plaintiff McKESSON MEDICAL-SURGICAL MINNESOTA SUPPLY, INC.

DATED:

    JACK L. WAGNER, Clerk

    By:    /S/ GREG LUCAS
         Deputy Clerk

jgm.civ
2/1/95